452 A.2d 41

Commonwealth v. Snipes, Appellant.

Argued March 30, 1982. Alan M. Shpigel, for appellant; Deborah Fox, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.

453 A.2d 22

Estate of Schofield, etc.

Appeal of Lawrence F. Hitchon.
Reargument Denied Dec. 20, 1982.

Petition for Allowance of Appeal Granted Sept. 23, 1983.

Argued January 11, 1982. Peter M. Suwak, for appellant; Jerry B. Landis, for Vitullo, participating party; Kenneth E. Lewis, for Heirs, participating party.

Before HESTER, BECK and VAN der VOORT, JJ.

Order affirmed.